# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

William Columbus Horhn
  Petitioner

v.

Lorie Davis, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
  Respondant

Civil Action NO. H-18-1513

United States Courts
Southern District of Texas
FILED

SEP 12 2018

David J. Bradley, Clerk of Court

## Petitioners ORDER TO SHOW CAUSE

In Carter v Procunier 755 F.2d 1126 (5th Cir 1985) states A Habeas Corpus petitioner meets statutory "in custody" requirements when at the time he files petition he is in custody pursuant to conviction he attacks or he is in custody pursuant to another conviction that is positively and demonstrably related to the conviction he attacks. On August 27, 2014 I was convicted of two charges. One Possession of a debit card and fraudulent use of identifying information. Marisol Pimental is the sole person on the Debit Card case and name is on the fraudulent case. Without Marisol Pimental on The Debit Card Case, which is under attack, The fraudulent case can not hold. In Maleng v Cook it did not reverse the decision in Carter v Procunier from the 5th circuit. Also, I was convicted on August 27, 2014 of 20 years for the fraudulent case and 6 months for the debit case. The time for that case (Debit) was up that day. If this was to stand I would of not been giving a chance to appeal to the federal level. In Maleng v Cook it stated that a habeas petitioner be in custody under the conviction or sentence under attack at the time he filed petition. I am in custody under the conviction because the case that I am attacking is the sole reason I am in custody for the fraudulent case. Without the Debit Card case the fraudulent case can not stand. So to sum it up the juristiction comes from Carter v Procunier 755 F.2d 1126 (5th Cir 1985) whose decision still stands. This case is perfect to allow this court and the 5th to Interpet what the supreme court ment in cases like mine

William Kuhn 1968975
Telford Unit
3899 Hwy 98
New Boston TX 75570

Legal

SHREVEPORT LA 710

10 SEP 2018 PM 1 L

United States District Court
Southern District of Texas
P.O. Box 61010
Houston TX 77208

David J. Bradley, Clerk of Court

SEP 12 2018

United States Courts
Southern District of Texas
FILED

77208-101010